WR-82,828-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/29/2015 4:18:28 PM
Accepted 6/1/2015 8:58:10 AM
ABEL ACOSTA
CLERK

**Nos. WR-82, 828-01**

| | | |
|---|---|---|
| *EX PARTE* | § | IN THE TEXAS |
| **RODNEY Y. ANDERSON** | § | COURT OF CRIMINAL APPEALS |
| **TDCJ-ID # 01621165** | § | |
| | § | **[Cause No. 09-07-07255-CR(1) in the** |
| | § | **359th Judicial District Court** |
| | § | **Montgomery County, Texas]** |

RECEIVED
COURT OF CRIMINAL APPEALS
6/1/2015
ABEL ACOSTA, CLERK

## MOTION TO EXTEND TIME TO CONTINUE WRIT HEARING AND COMPLY WITH ORDER ISSUED ON MARCH 25, 2015

TO THE HONORABLE JUDGES OF SAID COURT:

NOW COMES, Applicant, RODNEY Y. ANDERSON, who by and through undersigned counsel, respectfully requests additional time to comply with this Honorable Court's order issued on March 25, 2015. In support of this motion, Mr. Anderson would show as follows:

1. The Order of this Court (on page 2), directs the trial Court to make findings of fact and conclusions of law as to:

> a. "…whether the State withheld material evidence of Anderson's innocence by failing to disclose that eyewitnesses had given statements at the scene in which they were unable to identify the armed men rushing Applicant as law enforcement officers, tending to show that Applicant and his co-defendant were not aware these men were law enforcement."

> b. "…whether the State failed to disclose the State's informant's contingency fee contract."

> c. "…whether the prosecutor improperly suppressed evidence in this cause."

1

d. and, "…any other findings of fact and conclusions of law that it deems relevant and appropriate to the disposition of Applicant's claim for habeas corpus relief."

2. The Order further states that the above issues be resolved within 90 days of the Order, that a supplement transcript and findings of fact and conclusions of law be forwarded to this Honorable Court within 120 days of this Order. See Order at pages 2-3.

3. The trial Court scheduled a hearing to be heard on May 27-28, 2015. The hearing did take place as scheduled on May 27, 2015. However, the trial Court had to pick a jury on May 28, 2015 and could not continue the hearing on that date. It was suggested to continue the hearing on May 29, 2015.

4. Undersigned counsel had professional and personal conflicts on that date.

a. Mrs. Orr is scheduled to speak on May 29, 2015, at the Conference of Criminal Appeals, organized by the Texas Court of Criminal Appeals, Texas Criminal Defense Lawyers Association and the Texas District and County Attorneys Association.

b. Mr. Griffith's wife is ready to give birth to their first child. Their obstetrician has informed them that the baby is fully developed and she could go into labor any day. Mrs. Griffith has an appointment on May 29, 2015. This appointment is to determine whether they will induce labor or let her proceed naturally.

5. Undersigned counsel has conferred with the State, Assistant District Attorney Bill Delmore. He has informed undersigned counsel that he has prepared findings of fact and conclusions of law that the trial Court can sign today and submit to this Honorable Court without proceeding and completing the hearing. As

2

stated above, the hearing has commenced for only one day and the defense is in the midst of their case and has not rested, nor has the State presented any witnesses thus far, to rebut. The defense has only put on one of the trial attorneys.

6. Undersigned counsel has the following professional conflicts:

Counsel Cynthia Orr is the current chair of the American Bar Association's Criminal Justice Section. In that capacity, she is scheduled to attend the following meetings:

> a. ABA's Fighting Implicit Bias Committee Meeting scheduled on June 8-10, 2015 in Philadelphia, PA;
>
> b. ABA's 2015 London Sessions scheduled on June 11-15, 2015 in London, England; and
>
> c. International Society for the Reform of Criminal Law scheduled on June 21-25, 2015 in Edinburgh, Scotland.

7. Undersigned counsel has the following personal conflict:

Counsel Chris Griffith's wife has appointments scheduled with her obstetrician through June 19, 2015, if she has not delivered their child before that date.

8. Applicant's witness and trial attorney, Chris Tritico, has judicial conflicts throughout the month of June with limited availability, as does his counsel, Troy McKinney.

9. The trial Court has also informed undersigned counsel that it is not available the week of June 29, 2015.

10.  Undersigned counsel does not want to overburden the trial Court, who is fitting this hearing in, amongst its other duties.  Also, counsel are working to accommodate some of their witnesses, who are trial lawyers.  Counsel may need to recall their witness, Chris Tritico.

WHEREFORE, PREMISES CONSIDERED, Applicant prays this Honorable Court grant his motion and extend the time so that the trial Court can continue the writ hearing to a later date, prepare a supplemental transcript and supplemental findings of fact and conclusions of law in order that it may comply with the Order issued on March 25, 2015.

Respectfully submitted:

CYNTHIA E. ORR
Bar No. 15313350
GOLDSTEIN, GOLDSTEIN & HILLEY
310 S. St. Mary's St.
29th Fl. Tower Life Bldg.
San Antonio, Texas 78205
whitecollarlaw@gmail.com
210-226-1463 phone
210-226-8367 facsimile

CHRISTOPHER M. GRIFFITH
Bar No. 24069072
LAW OFFICE OF CHRISTOPHER M. GRIFFITH
310 S. St. Mary's St., Ste. 1215
San Antonio, Texas 78205
cmarkgriffith@gmail.com
210-229-1444 phone
210-229-1445 facsimile

By: _/s/ Cynthia E. Orr_____
       CYNTHIA E. ORR

Attorneys for Applicant,
RODNEY Y. ANDERSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been sent to Assistant District Attorney Bill Delmore, *via* e-mail, [bill.delmore@mctx.org](mailto:bill.delmore@mctx.org), as a participant of the electronic filing system - efiletexas.gov, on this the 29th day of May, 2015.

By: _/s/ Cynthia E. Orr_____
       CYNTHIA E. ORR

5